In the Matter of CHARLES F. SERGEANT, Appellant, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.

Argued November 22, 1938; decided December 9, 1938.

*Albert De Roode* for appellant.

*John J. Bennett, Jr.,* Attorney-General (*Patrick H. Clune* of counsel), for State Civil Service Commission, *amicus curiæ.*

*Samuel M. Birnbaum* and *Simon L. Miller* for the American Legion, *amicus curiæ.*

*Seth T. Cole* for Firemen's Association of the State of New York, *amicus curiæ.*

*William C. Chanler,* Corporation Counsel (*Samuel J. Silverman* and *Paxton Blair* of counsel), for respondents.

*John T. DeGraff* for Association of State Civil Service Employees of the State of New York, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.